# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE NORMAN JON CURCI COMBINED TRUST U/A/D 10/16/97.

VINCENT GREGG CURCI,
                    Appellant,
vs.
NORMAN JON CURCI; AND RICHARD ALLEN STEFKOVICH,
                    Respondents.

No. 72650

FILED

JUN 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
       Lansford Levitt, Settlement Judge
       Fennemore Craig, P.C./Las Vegas
       Solomon Dwiggins & Freer, Ltd.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-18812